RICHARD E. DONALDSON, NSBN 1095
    2300 West Sahara Avenue
    Suite 800
    Las Vegas, Nevada 89102
    gunlawyer@aol.com

Attorney for Plaintiff

DANIEL G. BOGDEN, NSBN 2137
United States Attorney
BLAINE T. WELSH
Chief, Civil Division
APRIL A. ALONGI, VSBN 76459
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Phone:  415-977-8954
    Fax:  415-744-0134
    april.alongi@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FRANCES E. SWARTZ, <br><br> Plaintiff <br><br> v. <br><br> CAROLYN W. COLVIN, Acting Commissioner of Social Security, <br><br> Defendant. | Case No:  2:15-cv-01811-JAD-PAL <br><br> **JOINT STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT** |

    Plaintiff Frances E. Swartz (Plaintiff) and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security (the Commissioner), stipulate, with the approval of this Court, to an extension of time to file Defendant's Answer To Plaintiff's Complaint by sixty-two days from December 15, 2015 to February 15, 2016.  This is the Commissioner's first request for an extension.

There is good cause because the Certified Administrative Record (CAR) has not yet been prepared. The component of the Social Security Administration responsible for production of CARs for civil court actions, the Office of Disability Adjudication and Review (ODAR) did not receive notice of Plaintiff's complaint and has not yet provided the CAR in the above-captioned case. Counsel for the Commissioner apologizes for the delay. Plaintiff has no objection.

Respectfully submitted,

Date:   December 14, 2015

By:   */s/\* Richard E. Donaldson*
RICHARD E. DONALDSON
\*by email authorization on 12/14/15

Attorney for Plaintiff

Date:   December 14, 2015        DANIEL G. BOGDEN
United States Attorney
BLAINE T. WELSH
Chief, Civil Division

By:   */s/ April A. Alongi*
APRIL A. ALONGI
Special Assistant United States Attorney

Attorneys for Defendant

IT IS SO ORDERED.

DATE:   December 16, 2015

THE HONORABLE PEGGY A. LEEN
United States Magistrate Judge

-2-

**DEFENDANT'S CERTIFICATE OF SERVICE**

I certify that I caused a copy of the Joint Stipulation For Extension Of Time To File Defendant's Answer To Plaintiff's Complaint to be served, via CM/ECF notification, on:

    RICHARD E. DONALDSON
    2300 West Sahara Avenue
    Suite 800
    Las Vegas, Nevada 89102
    gunlawyer@aol.com

Date:  December 14, 2015        DANIEL G. BOGDEN
                                        United States Attorney
                                        BLAINE T. WELSH
                                        Chief, Civil Division

                              By:    */s/ April A. Alongi*
                                        APRIL A. ALONGI
                                        Special Assistant United States Attorney

                                          Attorneys for Defendant