|   |   |
|---|---|
| 1 | RICHARD E. DONALDSON, ESQ., CHTD. |
|   | RICHARD E. DONALDSON, ESQ. |
| 2 | NEVADA BAR NO. 1095 |
|   | 2300 WEST SAHARA AVE., SUITE 800 |
| 3 | LAS VEGAS, NV 89102 |
|   | ATTORNEY FOR PLAINTIFF |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

FRANCES E. SWARTZ            )
                             )
            PLAINTIFF,       )
                             )
VS.                          )
                             ) CIVIL ACTION NO. 2:15-CV-01811-JAD-PAL
                             )
CAROLYN COLVIN               )
COMMISSIONER OF SOCIAL       )
SOCIAL SECURITY              )
                             )
            DEFENDANT.       )
_____)

REQUEST AND MOTION TO SUSPEND RULES OR GRANT EXTENSION OF TIME.

1. I am Richard Donaldson, and represent the plaintiff, Frances E. Swartz in this matter.

2. This Court granted Counsel's first application for an extension of time until August 25, 2915.

3. My Motion for Reversal would have been filed yesterday afternoon, but Counsel was unable to operate the CM/ECF and Pacer login procedures.

4. By the time I discovered the difficulty, the Pacer offices had closed.

5. I was able to reach an assistant this morning who was able to file my Motion for Reversal/Remand.

6. I do not believe the defendant has been prejudiced in any way .

7. I did not attempt to contact the Office of General Counsel because of the inconvenient hour.

8. Please allow the filing of the Motion for Reversal/Remand [Doc. 18]to stand as as submitted.

Respectfully submitted this April 26, 2016

RICHARD E. DONALDSON, ESQ., CHTD.

By:\ *Richard E. Donaldson*
RICHARD E. DONALDSON, ESQ.

IT IS SO ORDERED.

DATE: ___April 28, 2016___   -   _____

THE HONORABLE PEGGY A. LEEN

United States Magistrate Judge