RICHARD E. DONALDSON, NSBN 1095
Esquire
    2300 West Sahara Avenue
    Suite 800
    Las Vegas, Nevada 89102
    gunlawyer@aol.com

Attorney for Plaintiff

DANIEL G. BOGDEN, NSBN 2137
United States Attorney
BLAINE T. WELSH
Chief, Civil Division
APRIL A. ALONGI, VSBN 76459
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Phone:  415-977-8954
    Fax:  415-744-0134
    april.alongi@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| FRANCES E. SWARTZ, | Case No:  2:15-cv-01811-JAD-PAL |
|     Plaintiff | |
| v. | **JOINT STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S CROSS-MOTION TO AFFIRM** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
|     Defendant. | |

-1-

Plaintiff Frances E. Swartz (Plaintiff) and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security (the Commissioner), stipulate, with the approval of this Court, to an extension of time to file Defendant's Cross-Motion To Affirm by thirty-two days from May 26, 2016 to June 27, 2016, with all other dates in this Court's Scheduling Order extended accordingly.  This is the Commissioner's first request for an extension.[1]

///

///

///

///

///

///

///

///

///

///

There is good cause because, since Plaintiff filed her Motion For Reversal And Remand, the Commissioner's counsel has been handling a large number of District Court and Ninth Circuit cases in addition to this one, with eleven briefs—one in the Ninth Circuit—due within the next thirty days.  Additionally, counsel has been had numerous other deadlines, including a motion to compel in a discovery dispute, a settlement memorandum in an employment case, and multiple mentoring and reviewing duties in the Office of the General Counsel.  As result, the

---

[1] This Court granted the Commissioner an extension of time prior to answering Plaintiff's Complaint For Judicial Review because the Social Security Administration component responsible for producing the certified administrative record had not yet provided it to counsel. That extension occurred prior to briefing.

Commissioner needs additional time to properly respond to the issues Plaintiff raised in her motion.  Plaintiff has no objection.

Respectfully submitted,

Date:   May 26, 2016

By:   */s/\* Richard E. Donaldson*
RICHARD E. DONALDSON
*by email authorization on 5/26/16

Attorney for Plaintiff

Date:   May 26, 2016

DANIEL G. BOGDEN
United States Attorney
BLAINE T. WELSH
Chief, Civil Division

By:   */s/ April A. Alongi*
APRIL A. ALONGI
Special Assistant United States Attorney

Attorneys for Defendant

IT IS SO ORDERED.

DATE:   May 31, 2016

THE HONORABLE PEGGY A. LEEN
United States Magistrate Judge

**DEFENDANT'S CERTIFICATE OF SERVICE**

I certify that I caused a copy of the Joint Stipulation For Extension Of Time To File Defendant's

Cross-Motion To Affirm to be served, via CM/ECF notification, on:


      RICHARD E. DONALDSON
      Esquire
          gunlawyer@aol.com


Date:   May 26, 2016             DANIEL G. BOGDEN
                                United States Attorney
                                BLAINE T. WELSH
                                Chief, Civil Division

                      By:     */s/ April A. Alongi*
                                  APRIL A. ALONGI
                                  Special Assistant United States Attorney

                                  Attorneys for Defendant