RICHARD E. DONALDSON, ESQ., CHTD.
RICHARD E. DONALDSON, ESQ.
Nevada Bar No. 1095
2300 W. Sahara Ave., Suite 800
Las Vegas, Nevada 89102
(702) 382-6370
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

| | |
|---|---|
| FRANCES E. SWARTZ ) )   Plaintiff, ) ) vs. ) ) CAROLYN COLVIN, ) COMMISSIONER OF ) SOCIAL SECURITY, ) )   Defendant. ) | 2:15-cv-01811-JAD-PAL<br><br>Order Granting Stipulation for Award and Payment of Attorney Fees and Expenses [ECF No. 25] |

Based on the parties' Stipulation for Award and Payment of Attorney Fees and Expenses [ECF No. 25] and good cause appearing, IT IS HEREBY ORDERED that the Stipulation **[ECF No. 25] is APPROVED; Plaintiff Frances E. Swartz is awarded $4,900 in attorneys fees and expenses** under the Equal Access to Justice Acct, 28 U.S.C. § 2412(d) under the terms of the stipulation [ECF No. 25].

Dated 8/8/16

_____
United States District Court