**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Frances E. Swartz,<br><br>    Plaintiff<br><br>v.<br><br>Carolyn W. Colvin, Acting<br>Commissioner of Social Security,<br><br>    Defendant | Case No.: 2:15-cv-01811-JAD-PAL<br><br>**Order Granting Motion for Judgment<br>as a Separate Document**<br><br>**[ECF No. 31]** |

On May 17, 2017, I granted Swartz's unopposed motion for attorney fees.[1] Swartz now moves for a "judgment as a separate document conforming with this court's order awarding attorney fees."[2] With good cause appearing and no reason to delay, IT IS HEREBY ORDERED that Swartz's motion to issue judgment as a separate document **[ECF No. 31] is GRANTED**. The Clerk of Court is directed to enter judgment in the amount of $12,472.75, less any applicable processing fees allowed by statute, in favor of plaintiff and against defendant.

DATED July 25, 2017.

_____
Jennifer A. Dorsey
United States District Judge

---

[1] ECF No. 30.

[2] ECF No. 31.