# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

FRANCES E. SWARTZ

Plaintiff,

V.

CAROLYN W. COLVIN

Defendant.

**JUDGMENT IN A CIVIL CASE**
Attorney Fees

Case Number: 2:15-cv-01811-JAD-PAL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

Judgment for attorney fees is entered in favor of plaintiff and against defendant in the amount of $12,472.75, less any applicable processing fees allowed by statute.

7/25/2017  
Date

/s/ Debra K. Kempi  
Clerk

/s/ Danielle Cacciabaudo  
(By) Deputy Clerk